RECEIVED
APR - 6 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JOHN CABELLO-HERRERA | CIVIL ACTION 1:16-CV-01682 |
| VERSUS | JUDGE DRELL |
| WARDEN, LASALLE CORRECTIONAL CENTER | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Petitioner Cabello-Herrera's habeas petition is DENIED AND DISMISSED WITH PREJUDICE.

Additionally, the Court notes the copy of the report and recommendation mailed February 21, 2018 to Mr. Cabello-Herrera's last known address was returned to the Clerk of Court on March 05, 2018, marked "return to sender." Thirty days have passed since March 05, 2018, but no correction to Plaintiff's address has been received by the Court. Therefore, dismissal for failure to prosecute under Local Rule 41.3W of the Uniform District Court Rules is also appropriate.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 5th day of April, 2018.

                                             JUDGE DEE D. DRELL
                                             UNITED STATES DISTRICT COURT